NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LINDA RENEE EVERETT,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 2D17-2838
　　　　　　　　　　　　　　　　　　)
CARL EDWARD EVERETT, JR.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Ralph C. Stoddard,
Judge.

Ingrid Anderson, Esq., of Clearwater, for
Appellant.

Elaine L. Thompson, Esq., of Tampa, for
Appellee.


PER CURIAM.


　　　　　　　Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.